ACCEPTED
03-14-00698-CV
7493195
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/22/2015 11:27:35 AM
JEFFREY D. KYLE
CLERK

 **WILLI** LAW FIRM

www.willi.com

9600 Escarpment Blvd., Ste. 745, PMB 34
Austin, Texas 78749-1983
Telephone: (512) 288-3200
Facsimile: (512) 288-3202

---

**James N. Willi** † *
jwilli@willi.com

**Tracy J. Willi** † ‡
twilli@willi.com

† *Registered U.S. Patent Attorney*

‡ *Board Certified – Civil Appellate Law
Texas Board of Legal Specialization*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/22/2015 11:27:35 AM
JEFFREY D. KYLE
Clerk

October 22, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:     Case No. 03-14-00698-CV, *Shamark Smith Limited Partnership, Sharon D. Marcus, and Paul J. Smith v. Martin Longoria*, filed in the Third Court of Appeals in Austin, Texas.

Dear Mr. Kyle:

This letter confirms that Tracy J. Willi will present oral argument on behalf of the Appellants in the above-referenced matter on November 4, 2015, at 9:00 a.m.

Thank you for your assistance.

Sincerely,

/s/ Tracy J. Willi
Tracy J. Willi

Cc via efs:

James David Walker
P.O. Box 41
Milano, TX 76556
walker@2appeal.com

Attorney for Martin Longoria